# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**W. DEXTER HARRISON,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

Action No. 1:07-CR-45 (HL)

## ORDER

Upon remand from the Eleventh Circuit, the Court clarifies its original order (Doc. 653) adopting the Magistrate Judge's Recommendation (Doc. 620) denying Petitioner's's Motion to Vacate under § 2255 (Doc. 498) to include a ruling for the certificate of appealability. The Court finds that Petitioner has failed to make a substantial showing that he has been denied a constitutional right. 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000). Accordingly, the Court denies Petitioner's request for a certificate of appealability.

**SO ORDERED**, this the 4th day of September, 2013.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

scr